# In the United States District Court For the Southern District of Georgia Waycross Division

| | | |
|---|---|---|
| JOHN RALPH LOTT, JR., | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-125 |
| | * | |
| v. | * | |
| | * | |
| COFFEE COUNTY ADULT DETENTION CENTER; and DOYLE WOOTEN, | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 15. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint based on his failure to follow a Court Order and failure to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal.

      **SO ORDERED**, this \_\_\_\_11\_\_\_\_ day of \_\_\_\_February\_\_\_\_, 2021.

                              HON. LISA GODBEY WOOD, JUDGE
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)